JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Curtis  John Van Gorkom, | Case No. 1:23-cv-00750-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  August 14, 2023 to October 13, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTIon FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

on the same week. week. For the weeks of August 7, 2023 and August 14, 2023, Counsel has 15 merit briefs and several reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 1, 2023   PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: August 1, 2023   PHILLIP A. TALBERT
                        United States Attorney
                        MATHEW W. PILE
                        Associate General Counsel
                        Office of Program Litigation
                        Social Security Administration

By:  *\*/s/ Michael Marriott*
     Michael Marriott
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on August 1, 2023)

# **ORDER**

IT IS SO ORDERED.

Dated:   **August 2, 2023**                    /s/ Gary S. Austin
                                               UNITED STATES MAGISTRATE JUDGE