JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Curtis  John Van Gorkom,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:23-cv-00750-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 3-day extension of time, from  October 13, 2023 to October 16, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　This is Plaintiff's second request for an extension of time.  Plaintiff argues he has good cause for filing the Motion after the deadline. Counsel for Plaintiff

mistakenly filed the Motion for Summary Judgment under the wrong case number 1:23-cv-00749-EPG. Counsel was notified by the Court today, October 16, 2023 of the error.  Counsel apologizes for his error.  The Motion was completed timely, and the extension is for one business day.  The Defendant of does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: October 16, 2023  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: October 16, 2023  PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration

By:  **/s/ Michael Marriott*
Michael Marriott
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on October 16, 2023)

2

# **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

   Dated:   **October 17, 2023**                       **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE