UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS JOHN VAN GORKOM, | Case No.: 1:23-cv-00750-GSA |
| Plaintiff, | ORDER GRANTING STIPULATED EXTENSION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulation, it is **ORDERED** that Defendant shall have an extension, up to and including April 8, 2024, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **March 7, 2024**               /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE

1